16 F.3d 402
 Brown (William Waddell, Jr.)
v.
Dupont De Nemours, Co., Eastman /Kodak, Rohm & Haas, Mullin
(Frances R., Jr.), Past DEA Directors, Lawn (John C.), Doe
(John), Dorsey (George E.), Directors & Deputies, Dea S/A,
Belcher (Robert), Butler (Fred), Garcia (Rey), Davis (Gary),
Glanz (Wm.), Kelly (Wm. V.), Chandler (Douglas), Watkiewicz
(Sigmund), Miller (Charles E., Jr.), Summers (Laguardia),
Harris (James), Sparks (Fred), Adams (Theo), Collins
(Montreal), Corea (Paulette), Rick
 NO. 93-1689
 United States Court of Appeals,
Third Circuit.
 Dec 22, 1993
 
 Appeal From: E.D.Pa.,
 Newcomer, J.
 
 
 1
 AFFIRMED.